## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION (DAYTON)

---

| | |
|---|---|
| REED ELSEVIER, INC. through its LEXISNEXIS Division, | : Case No. 3:10-CV-00248 |
| Plaintiff, | : Judge Walter H. Rice |
| v. | : DEFENDANTS' NOTICE OF FILING UNDER SEAL |
| CRAIG M. CROCKETT, as assignee of DEHART CROCKETT, P.C. and CRAIG M. CROCKETT, P.C., d/b/a CROCKETT FIRM | : EXHIBITS A AND B TO THE AFFIDAVIT OF BLAIR C. FENSTERSTOCK IN OPPOSITION TO PLAINTIFF'S MOTION FOR A STAY OF ARBITRATION, OR, ALTER- |
| Defendants. | : NATIVELY A PRELIMINARY INJUNCTION AND A : TEMPORARY RESTRAINING ORDER |

---

Please take notice that Defendants give notice of filing under seal Exhibits A and B to the Affidavit of Blair C. Fensterstock in opposition to Plaintiff's Motion for a Stay of Arbitration, Or, Alternatively a Preliminary Injunction and a Temporary Restraining Order.

Respectfully submitted,

_____
Blair C. Fensterstock (admitted in *pro hac vice*)
FENSTERSTOCK & PARTNERS LLP
30 Wall Street
New York, NY 10005
Telephone: (212) 785-4100
Facsimile: (212) 785-4100
E-mail: bfensterstock@fensterstock.com

        Patrick F. Haggerty (0019703)
        Lindsey Carr Siegler (0074182)
        FRANTZ WARD LLP
        2500 Key Center
        127 Public Square
        Cleveland, OH 44114-1230
        Telephone: (216) 515-1660
        Facsimile: (216) 515-1650
        E-mail:    haggerty@frantzward.com
                       lcarsiegler@frantzward.com

        *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on the 16th day of July, 2010, I electronically filed the foregoing Defendants' Notice of Filing Under Seal Exhibits A and B to the Affidavit of Blair C. Fensterstock in Opposition to Plaintiff's Motion for a Stay of Arbitration, or, Alternatively a Preliminary Injunction and a Temporary Restraining Order with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF participants:

Charles J. Faruki, Esq.
FARUKI IRELAND & COX P.L.L.
500 Courthouse Plaza, SW
100 North Ludlow Street
Dayton, OH 45401
Tel: (937) 227-3700
Fax: (937) 227-3717
E-mail: cfaruki@ficlaw.com

Charles J. Faruki, Esq.
FARUKI IRELAND & COX P.L.L.
PNC Center
201 E. Fifth Street, Suite 1420
Cincinnati, OH 45202
Tel: (513) 632-0300
Fax: (513) 632-0319
E-mail: cfaruki@ficlaw.com

Edward M. Baum, Esq.
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036-8399
Tel: (212) 969-3000
Fax: (212) 969-2900
E-mail: ebaum@proskauer.com

*Attorneys for Plaintiff*

Blair C. Fensterstock