IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

I hereby certify that on July 16, 2010, I electronically filed the foregoing with the Clerk of the

Court using the CM/ECF system, which will send notification of such filing to the following:

Charles J. Faruki, Esq.
FARUKI IRELAND & COX P.L.L.
500 Courthouse Plaza, SW
100 North Ludlow Street
Dayton, OH 45401
Tel: (937) 227-3700
Fax: (937) 227-3717
E-mail: cfaruki@ficlaw.com

Charles J. Faruki, Esq.
FARUKI IRELAND & COX P.L.L.
PNC Center
201 E. Fifth Street, Suite 1420
Cincinnati, OH 45202
Tel: (513) 632-0300
Fax: (513) 632-0319
E-mail: cfaruki@ficlaw.com

Edward M. Baum, Esq.
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036-8399
Tel: (212) 969-3000
Fax: (212) 969-2900
E-mail: ebaum@proskauer.com

Blair C. Fensterstock (BF 2020)
*Attorney for Defendants*
FENSTERSTOCK & PARTNERS LLP
30 Wall Street
New York, NY 10005
Tel:        (212) 785-4100
Fax:        (212) 785-4040
E-mail:     bfensterstock@fensterstock.com