# EXHIBIT B

**Defendants file Exhibit B to the Affidavit of Blair C. Fensterstock in Opposition to Plaintiff's Motion for Summary Judgment on its First Claim for Declaratory Relief under seal in accordance with the Court's June 30, 2010 Confidentiality Order.**