IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

I hereby certify that on July 23, 2010, I electronically filed the foregoing:

1. Affidavit of Blair C. Fensterstock in Opposition to Plaintiff's Motion for Summary Judgment on its First Claim for Declaratory Relief, and Exhibits annexed thereto; and

2. Defendants' Memorandum of Law in Opposition to Plaintiff's Motion for Summary Judgment on its First Claim for Declaratory Relief

with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Charles J. Faruki, Esq.<br>FARUKI IRELAND & COX P.L.L.<br>500 Courthouse Plaza, SW<br>100 North Ludlow Street<br>Dayton, OH 45401<br>Tel: (937) 227-3700<br>Fax: (937) 227-3717<br>E-mail: cfaruki@ficlaw.com | Charles J. Faruki, Esq.<br>FARUKI IRELAND & COX P.L.L.<br>PNC Center<br>201 E. Fifth Street, Suite 1420<br>Cincinnati, OH 45202<br>Tel: (513) 632-0300<br>Fax: (513) 632-0319<br>E-mail: cfaruki@ficlaw.com |

Edward M. Baum, Esq.
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036-8399
Tel: (212) 969-3000
Fax: (212) 969-2900
E-mail: ebaum@proskauer.com

Eugene D. Kublanovsky (*pro hac vice*)
*Attorney for Defendants*
FENSTERSTOCK & PARTNERS LLP
30 Wall Street
New York, NY 10005
Tel:        (212) 785-4100
Fax:       (212) 785-4040
E-mail:   ekublanovsky@fensterstock.com