IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

REED ELSEVIER, INC., et al.,
:
       Plaintiffs,
:
  vs.                            Case No.  3:10cv248
:
CRAIG CROCKETT,            JUDGE WALTER HERBERT RICE
:
       Defendant.

DECISION AND ENTRY, ONCE AGAIN, DENYING PLAINTIFF'S REQUEST FOR TEMPORARY RESTRAINING ORDER (DOC. #9) AND SETTING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON ITS FIRST CLAIM FOR DECLARATORY RELIEF (DOC. #7) AND DEFENDANT'S MOTION TO DISMISS FOR LACK OF *IN PERSONAM* JURISDICTION (DOC. #20)

Pursuant to a record made during a July 23, 2010, conference call held between Court and counsel (reference should also be made to a prior telephone conference call on July 9, 2010), the Plaintiff's request for a Temporary Restraining Order (Doc. #9) is, once again, overruled, without prejudice to renewal, should the American Arbitration Association set forth potentially dispositive and/or damaging procedures, at least insofar as Plaintiff's perspective is concerned.

As to the Plaintiff's Motion for Summary Judgment on its first claim for declaratory relief (Doc. #7), Defendant was to file its response no later than the close of business on July 23, 2010, with the Plaintiff taking seven (7) calendar days thereafter within which to file a response.  As to the Defendant's Motion to

Dismiss Plaintiff's Complaint for a lack of *in personam* jurisdiction (Doc. #20), Plaintiff is to respond to same not later than the date fixed by the Rules of Court, with the moving Defendant to have the time fixed by Rule within which to respond.

July 27, 2010

/s/ Walter Herbert Rice

WALTER HERBERT RICE, JUDGE
UNITED STATES DISTRICT COURT

Copies mailed to:

All Counsel of Record