IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| REED ELSEVIER INC. through its LexisNexis Division, | : : : | CASE NO. 3:10-cv-248 |
| Plaintiff, | : : | (Judge Walter H. Rice) |
| v. | : : | |
| CRAIG M. CROCKETT, et al., | : : | NOTICE OF CHANGE OF ADDRESS |
| Defendants. | : | |

_____

PLEASE TAKE NOTICE that, effective January 18, 2011, the law firm of Proskauer Rose LLP will be moving from 1585 Broadway, New York, New York 10036 to Eleven Times Square, New York, New York 10036-8299. The telephone numbers, fax numbers and e-mail addresses remain the same. The new contact information for Proskauer Rose LLP will be:

**PROSKAUER ROSE LLP**
**Eleven Times Square**
**New York, New York 10036-8299**
**(212) 969-3000**

Respectfully submitted,

s/ Charles J. Faruki
Charles J. Faruki (0010417)
   Trial Attorney
Thomas R. Kraemer (0060120)
FARUKI IRELAND & COX P.L.L.
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, OH  45402
Telephone:  (937) 227-3705
Telecopier:  (937) 227-3717
Email:  cfaruki@ficlaw.com

Edwin M. Baum (admitted *pro hac vice*)
Emily Stern (admitted *pro hac vice*)
PROSKAUER ROSE LLP
1585 Broadway
New York, NY  10036
Telephone:  (212) 969-3175
Telecopier:  (212) 969-2900
Email:  ebaum@proskauer.com

Attorneys for Plaintiff Reed Elsevier Inc., through its LexisNexis Division

## **CERTIFICATE OF SERVICE**

I certify that on the 17th day of December, 2010, I electronically filed the foregoing Notice of Change of Address with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF participants, and I certify that I have mailed by United States Postal Service the document to the non-CM/ECF participants:

Patrick F. Haggerty (0019703)
Lindsey Carr Siegler (0074182)
FRANTZ WARD LLP
2500 Key Center
127 Public Square
Cleveland, Ohio 44114-1230
Telephone:   (216) 515-1660
Facsimile:    (216) 515-1650
Email:  haggerty@frantzward.com
           lcarrsiegler@frantzward.com

Blair C. Fensterstock
FENSTERSTOCK & PARTNERS LLP
30 Wall Street
New York, New York 10005-2201
Telephone:  (212) 785-4100
Facsimile:   (212) 785-4040
Email:  bfensterstock@fensterstock.com

Attorneys for Defendants

                                                    s/ Charles J. Faruki
                                                    Charles J. Faruki

441183.1