IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

REED ELSEVIER, INC., through its   :
LEXISNEXIS Division,   :
        :
      Plaintiff,   :
        :
   vs.   :  Case No. 3:10cv248
        :
CRAIG M. CROCKETT, et al.,   :  JUDGE WALTER HERBERT RICE
        :
     Defendants.   :

---

OPINION SUSTAINING PLAINTIFF'S MOTION FOR PARTIAL
SUMMARY JUDGMENT (DOC. #7); EXPANDED OPINION TO BE
FILED WITHIN STATED PERIOD OF TIME; THIS OPINION DOES NOT
CONSTITUTE A FINAL APPEALABLE ORDER

---

Based upon reasoning and citations of authority, to be set forth in an
expanded opinion to be filed not later than 45 days from date, the Plaintiff's
Motion for Partial Summary Judgment, directed to its first claim for declaratory
relief set forth in its Complaint (Doc. #7), is sustained in its entirety. Following the
filing of said expanded opinion, the Court will convene a telephone conference call
to discuss further procedures leading to the resolution of this litigation.

This Court's opinion rendered herein is <u>not</u> a final appealable order. The Office of the Clerk of Courts is directed not to enter judgment thereon.

March 31, 2011

WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record

-2-