IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| REED ELSEVIER INC. through its LexisNexis Division, | : | CASE NO. 3:10 CV 248 |
| | : | Judge Walter H. Rice |
| Plaintiff, | : | |
| v. | : | |
| CRAIG M. CROCKETT, et al., | : | **NOTICE BY PLAINTIFF REED ELSEVIER INC. OF RECENT SUPREME COURT AUTHORITY** |
| Defendants. | : | |

In support of its Motion for Partial Summary Judgment (Doc. No. 7),[1] Plaintiff Reed Elsevier Inc. provides notice to this Court of the United States Supreme Court's April 27, 2011, decision in AT&T Mobility LLC v. Concepcion, Case No. 09-893 (copy attached as Exhibit A), in particular, Opinion of the Court, slip op. at 9, 13-17.

---

[1] This Court has issued an Opinion Sustaining Plaintiff's Motion for Partial Summary Judgment (Doc. No. 39) noting that an expanded opinion granting the motion is forthcoming.

Respectfully submitted,

s/ Charles J. Faruki
Charles J. Faruki (0010417)
    Trial Attorney
Thomas R. Kraemer (0060120)
FARUKI IRELAND & COX P.L.L.
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, OH 45402
Telephone: (937) 227-3705
Telecopier: (937) 227-3717
Email: cfaruki@ficlaw.com

Edwin M. Baum (admitted *pro hac vice*)
Emily Stern (admitted *pro hac vice*)
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036-8299
Telephone: (212) 969-3175
Telecopier: (212) 969-2900
Email: ebaum@proskauer.com

Attorneys for Plaintiff
Reed Elsevier Inc.

# CERTIFICATE OF SERVICE

I certify that on the 3rd day of May, 2011, I electronically filed the foregoing Notice by Plaintiff Reed Elsevier Inc. of Recent Supreme Court Authority with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF participants, and I certify that I have mailed by United States Postal Service the document to the non-CM/ECF participants:

>Patrick F. Haggerty (0019703)
>Lindsey Carr Siegler (0074182)
>FRANTZ WARD LLP
>2500 Key Center
>127 Public Square
>Cleveland, Ohio 44114-1230
>Telephone: (216) 515-1660
>Facsimile: (216) 515-1650
>Email: haggerty@frantzward.com
>        lcarrsiegler@frantzward.com
>
>Blair C. Fensterstock
>FENSTERSTOCK & PARTNERS LLP
>30 Wall Street
>New York, New York 10005-2201
>Telephone: (212) 785-4100
>Facsimile: (212) 785-4040
>Email: bfensterstock@fensterstock.com
>
>Attorneys for Defendants

                                     s/ Charles J. Faruki
                                     Charles J. Faruki

478747.2