**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)**

```
-----------------------------------------------------------x
REED ELSEVIER, INC. through its          :
LEXISNEXIS Division,
                                         :
              Plaintiff,                          Case No. 3:10-CV-00248
                                         :
       v.
                                         :
CRAIG M. CROCKETT, as assignee
of DEHART & CROCKETT, P.C. and           :
CRAIG M. CROCKETT, P.C., d/b/a
CROCKETT FIRM                            :

              Defendants.    :
-----------------------------------------------------------x
```

**NOTICE OF CHANGE OF ADDRESS**

**PLEASE TAKE NOTICE** that the address of Fensterstock & Partners LLP, counsel for

Defendants has changed effective December 14, 2011. The new address is 100 Broadway, New

York, New York 10005. The phone number and facsimile number remains the same. Please serve

all documents upon us at this new address.

Dated: New York, New York
       December 14, 2011

FENSTERSTOCK & PARTNERS LLP

By:

Blair C. Fensterstock (*pro hac vice*)
Eugene D. Kublanovsky (*pro hac vice*)

100 Broadway, Eighth Floor
New York, New York 10005
(212) 785-4100

FRANTZ WARD LLP

Patrick F. Haggerty (0019703)
Lindsey A. Carr-Siegler (0074182)

2500 Key Center
127 Public Square
Cleveland, Ohio 44114
(216) 515-1660

*Attorneys for Defendants*

TO:    FARUKI IRELAND & COX P.L.L.
       500 Courthouse Plaza, SW
       100 North Ludlow Street
       Dayton, OH 45401

       FARUKI IRELAND & COX P.L.L.
       PNC Center
       201 E. Fifth Street, Suite 1420
       Cincinnati, OH 45202

       Edward M. Baum, Esq.
       PROSKAUER ROSE LLP
       1585 Broadway
       New York, NY 10036-8399

2

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

       **JEROME T. McCROY**, being duly sworn, deposes and says:

       1.     I am not a party to this action, am over 18 years of age, and am employed at the law firm of FENSTERSTOCK & PARTNERS LLP, located at 100 Broadway, New York, New York 10005.

       2.     On December 14, 2011, I served the within **NOTICE OF CHANGE OF ADDRESS** upon the below listed parties:

FARUKI IRELAND & COX P.L.L.
500 Courthouse Plaza, SW
100 North Ludlow Street
Dayton, OH 45401

FARUKI IRELAND & COX P.L.L.
PNC Center
201 E. Fifth Street, Suite 1420
Cincinnati, OH 45202

Edward M. Baum, Esq.
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036-8399

by depositing a true copy of the same in a post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                                                   JEROME T. McCROY

Sworn to before me this
14th day of December, 2011

Notary Public
EUGENE DAVID KUBLANOVSKY
Notary Public, State of New York
No. 02KU6231673
Qualified in New York County
Commission Expires Nov. 29, 2014