**CERTIFICATE OF SERVICE**

      I certify that on the 21st day of March, 2012, I electronically filed the Motion of Defendants Craig M. Crockett, assignee of DeHart Crockett, P.C. and Craig M. Crockett, P.C., d/b/a Crockett Firm, on behalf of all others similarly situated, to Certify the March 31, 2011 Decision and February 24, 2012 Expanded Opinion for an Interlocutory Appeal and for Stay of Proceedings Pending Appeal with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF participants, and I certify that there are no non-CM/ECF participants.

      /s Eugene D. Kublanovsky
      Eugene D. Kublanovsky