IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| REED ELSEVIER INC. through its LexisNexis Division, | : : : | CASE NO. 3:10 CV 248 |
| | : | Judge Walter H. Rice |
| Plaintiff, | : : | |
| v. | : : | |
| CRAIG M. CROCKETT, et al., | : : | **NOTICE OF SUBSTITUTION OF CO-COUNSEL** |
| Defendants. | : | |

Plaintiff Reed Elsevier Inc. gives notice of substitution of co-counsel. Plaintiff's current co-counsel Thomas R. Kraemer will be replaced by Donald E. Burton of the same firm, Faruki Ireland & Cox P.L.L. Thomas R. Kraemer is no longer with the firm.

Respectfully submitted,


/s/ Donald E. Burton
Charles J. Faruki (0010417)
    Trial Attorney
Donald E. Burton (0040553)
FARUKI IRELAND & COX P.L.L.
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, OH 45402
Telephone: (937) 227-3705
Telecopier: (937) 227-3717
Email: cfaruki@ficlaw.com

Edwin M. Baum (admitted pro hac vice)
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036-8299
Telephone: (212) 969-3175
Telecopier: (212) 969-2900
Email: ebaum@proskauer.com

Emily Stern (admitted pro hac vice)
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY 10022-2585
Telephone: (212) 940-8515
Telecopier: (212) 940-8776
Email: emily.stern@kattenlaw.com

Attorneys for Plaintiff
Reed Elsevier Inc.

## CERTIFICATE OF SERVICE

I certify that on the 22nd day of March, 2012, I electronically filed the foregoing Notice of Substitution of Co-Counsel with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF participants, and I hereby certify that I have mailed by United States Postal Service the document to the non-CM/ECF participants:

    Patrick F. Haggerty (0019703)
    Lindsey Carr Siegler (0074182)
    FRANTZ WARD LLP
    2500 Key Center
    127 Public Square
    Cleveland, Ohio 44114-1230
    Telephone:  (216) 515-1660
    Facsimile:   (216) 515-1650
    Email:  haggerty@frantzward.com
           lcarrsiegler@frantzward.com

    Blair C. Fensterstock
    FENSTERSTOCK & PARTNERS LLP
    100 Broadway
    8th Floor
    New York, New York 10005
    Telephone:  (212) 785-4100
    Facsimile:  (212) 785-4040
    Email:  bfensterstock@fensterstock.com

    Attorneys for Defendants

                                              /s/ Donald E. Burton
                                              Donald E. Burton

605883.1