IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| REED ELSEVIER, INC., through its LEXISNEXIS Division, | : : : | |
| Plaintiff, | : : | |
| vs. | : : | CASE NO. 3:10-CV-00248 |
| CRAIG M. CROCKETT as assignee of DEHART & CROCKETT, P.C. and CRAIG M. CROCKETT P.C. d/b/a CROCKETT FIRM, and all others similarly situated, | : : : : : : | |
| Defendants. | : | |

# NOTICE OF APPEAL

Notice is hereby given that Craig M. Crockett, et al., hereby appeal to the United States Court of Appeals for the Sixth Circuit from the final judgment in favor of Plaintiff's first claim for a declaratory judgment prohibiting defendants from arbitrating their dispute on a classwide basis, entered in this action on the 9th day of April, 2012.

By: _____
Blair C. Fensterstock (*pro hac vice*)
Eugene D. Kublanovsky (*pro hac vice*)
FENSTERSTOCK & PARTNERS LLP
100 Broadway, 8th Floor
New York, NY 10005
(212) 785-4100

FRANTZ WARD LLP
Patrick F. Haggerty (0019703)
Lindsey A. Carr-Siegler (0074182)
2500 Key Center
127 Public Square

1

Cleveland, OH 44144

*Attorneys for Defendants*

TO:  FARUKI IRELAND & COX P.L.L.
500 Courthouse Plaza, SW
100 North Ludlow Street
Dayton, OH 45401

FARUKI IRELAND & COX P.L.L.
PNC Center
201 E. Fifth Street, Suite 1420
Cincinnati, OH 45202

Edward M. Baum, Esq.
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036-8399

U.S. Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202