```
Court Name: US District Court SDO
Division: 3
Receipt Number: 300DAY009016
Cashier ID: frenchk
Transaction Date: 05/22/2012
Payer Name: Reed Elsevier Inc. v. Crocket
----------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: Reed Elsevier Inc. v. Crocket
 Case/Party: D-OHS-3-10-CV-000248-001
 Amount:        $455.00
----------------------------------------
CHECK
 Remitter: Fensterstock & Partners LLP
 Check/Money Order Num: 2959
 Amt Tendered:  $455.00
----------------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:       $0.00


A fee of $53.00 will be assessed on
all returned checks.
```